|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>MAR 17 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Maurice J. McDonald,          )
                              )
       Plaintiff,             )
                              )
v.                            )     Civil Action No. 08 0668
                              )
William K. Suter *et al.*,    )
                              )
       Defendants.            )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this /8 day of March 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that ths case is DISMISSED with prejudice. This is a final appealable Order.

/s/ Rosemary M. Collyer
United States District Judge



4